OPINION — AG — ** SOCIAL SECURITY — COUNTY SUPERINTENDENT — SCHOOLS ** ALL CONTRIBUTIONS FOR THE COUNTY SUPERINTENDENT OF SCHOOLS OF A COUNTY UNDER THE FEDERAL INSURANCE CONTRIBUTIONS ACT SHOULD BE MADE FROM COUNTY FUNDS, AND THAT SUCH CONTRIBUTIONS ARE NOT PAYABLE FROM STATE FUNDS. (EMPLOYEE OF COUNTY, STATE AID TO SCHOOLS) CITE: 70 O.S. 3-3 [70-3-3], 70 O.S. 18-22 [70-18-22], OPINION NO. APRIL 12, 1955 — SCANLAND, 56 O.S. 211 [56-211], 56 O.S. 212 [56-212] (J. H. JOHNSON)